## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL CONAWAY** ) | |
| ) | |
| **Plaintiff,** ) | |
| **vs.** ) | |
| ) | **Civil Action No. 17-636** |
| **TRANS UNION, LLC,** ) | |
| **and** ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Geoffrey Baskerville on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

BY:    */s/ Geoffrey Baskerville*
GEOFFREY BASKERVILLE
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600

Dated: February 13, 2017